# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| REBECCA WHITEHURST,<br>   *Plaintiff*, | §<br>§<br>§ | CIVIL ACTION NO. 4:18-CV-01842 |
| v. | §<br>§ | |
| INTERNATIONAL FEDERATION<br>OF GYMNASTICS, USA<br>GYMNASTICS, UNITED STATES<br>OLYMPIC COMMITTEE,<br>LAWRENCE GERARD NASSAR and<br>CYPRESS ACADEMY, INC. D/B/A<br>CYPRESS ACADEMY<br>   *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | |

## PLAINTIFF'S NOTICE OF NONSUIT WITHOUT PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff hereby non-suits her claims against all Defendants without prejudice as to re-filing. Plaintiffs' notice of non-suit is valid upon filing because Defendants have not served either an answer or a motion for summary judgment at the time of this filing. FED. R. CIV. P. 41(a)(1).

(*Signature on following page*)

Respectfully submitted,

**ABRAHAM, WATKINS, NICHOLS, SORRELS, AGOSTO & AZIZ**

By: */s/ Muhammad S. Aziz*
    MUHAMMAD S. AZIZ
    State Bar No. 24043538
    Federal ID No. 868540
    800 Commerce Street
    Houston, Texas 77002
    (713) 222-7211
    (713) 225-0827 – Facsimile
    maziz@awtxlaw.com

**HUNT & TUEGEL PLLC**

   */s/ Michelle Simpson Tuegel*
   MICHELLE SIMPSON TUEGEL
   State Bar No. 24075187
   425 Austin Avenue
   ALICO Building, Suite 1208
   P.O. Box 726
   Waco, Texas 767003
   (254) 753-3738
   (254) 753-8118 – Facsimile
   michelle@huntandtuegel.com

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing instrument was served on all counsel of record in accordance with the applicable Federal Rules of Civil Procedure on June 13, 2018.

>                   */s/ Muhammad S. Aziz*
>                   MUHAMMAD S. AZIZ