United States District Court
Southern District of Texas
**ENTERED**
June 14, 2018
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Rebecca Whitehurst, | § § § | |
| Plaintiff, | § | |
| v. | § | Civil Action No.  H-18-1842 |
| | § | |
| International Federation of Gymnastics, et al, | § § | |
| Defendants. | § | |

ORDER

Pursuant to Plaintiff's Notice of Nonsuit Without Prejudice filed on June 13, 2018 the above-styled action shall be and is hereby dismissed without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

The Clerk shall send a true copy to all counsel of record.

Signed this _____14_____ day of June, 2018.

DAVID HITTNER
United States District Judge